IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER A. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  Case No. 02-cv-0383-MJR |
| | ) |
| **DONALD N. SNYDER, JR., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

In May 2002, Christopher Smith filed a § 1983 action for declatory and monetary relief, alleging that prison employees had denied him medical treatment for dental disease. The Court granted Smith's motions to proceed pro se and in forma pauperis. Defendants Snyder, Walls, Ford and Gross timely filed motions to dismiss Smith's amended complaint (Docs. 18, 18, 27, 32). The Court then referred the case to United State Magistrate Judge Phillip M. Frazier.

On June 22, 2005, Magistrate Judge Frazier submitted a Report recommending that the undersigned District Judge grant the four pending motions. The Report (Doc. 37) was sent to all parties with a Notice advising them that any objections must be filed by July 13, 2005.

No objections were filed, and the deadline has expired. Pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review. *Thomas v. Arn*, **474 U.S. 140, 159-62 (1985)**; *Video Views, Inc. v. Studio 21, Ltd.*, **797 F.2d 538 (7th Cir. 1986).**

Accordingly, the Court **ADOPTS** Magistrate Judge Frazier's June 22, 2005 Report and Recommendation (Doc. 37), **GRANTS** Defendants' September 22, 2004, December 15, 2004, and December 27, 2004 motions to dismiss (Docs. 18, 27, 32), and **DIRECTS** the Clerk of Court to dismiss with prejudice Defendants Snyder, Walls, Ford and Gross.

Three Defendants remain in this case: John Does #1 and #2 (both prison dentists) and W. Bries (a prison counselor). They are sued in their official and individual capacities for deliberate indifference to Smith's pain and suffering in violation of the Eighth Amendment to the Constitution.

**IT IS SO ORDERED.**

**DATED this  8th  day of August, 2005.**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**